UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SPIRO KOUVELIS           § Case No. 09-45764
                                 §          Hon. SUSAN PIERSON SONDERBY
                                 §          Chapter 7
                                 §
         Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:30a.m. on October 5, 2010 in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SPIRO KOUVELIS § Case No. 09-45764
§ Hon. SUSAN PIERSON SONDERBY
§ Chapter 7
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $8,315.40 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $8,315.40 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee* ALLAN J. DeMARS | $1,581.54 | $15.44 |
| *Attorney for trustee* ALLAN J. DeMARS | $2,552.00 | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* | | |
| *Special Attorney for trustee* | | |
| *Charges,* U.S. Bankruptcy Court | | |
| *Fees,* United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $1,420,068.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be .0029 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Union National Bank | $587,192.25 | $1,722.77 |
| 3 | Chase Bank USA, NA | $4,774.12 | $14.02 |
| 4 | Webster Bank | $114,380.34 | $335.59 |
| 5 | Bob Georgopoulos | $200,000.00 | $586.80 |
| 10 | Parkway Bank and Trust | $471,872.13 | $1,384.45 |
| 14 | FE Wheaton & Co., LLC | $41,849.41 | $122.79 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___0___ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $0.00.

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola              Page 1 of 3                  Date Rcvd: Sep 01, 2010
Case: 09-45764                Form ID: pdf006            Total Noticed: 178


The following entities were noticed by first class mail on Sep 03, 2010.
db          +Spiro Kouvelis,    880 N Addison Avenue,    Elmhurst, IL 60126-1282
aty         +Nathaniel J. Pomrenze,    Robbins, Salomon & Patt, Ltd.,     25 East Washington Street,
              Suite 1000,    Chicago, IL 60602-1796
tr          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14801564     A & E Custom Cabinetry,    513 Edgewood Place,    River Forest, IL 60305
14801565    +A & J Construction Group,    28520 S. Ashland Avenue,    Beecher, IL 60401-5062
14980529    +A Plus Plumbing,    733 W. Estes Ave.,    Schaumburg, IL 60193-4404
14801566    +A. American Custom Flooring,    733 W. Estes Avenue,    Schaumburg, IL 60193-4404
14980531    +ADCock Construction,    8845 Schoger Drive,    Naperville, IL 60564-5682
14801568    +ADT,    PO Box 371967,    Pittsburgh, PA 15250-7967
14801579    +AMERICAN FAMILY INSURANCE,    CREDIT COLLECTION SERVICES,    TWO WELLS AVE., DEPT. AMFA,
              Newton Center, MA 02459-3208
14980533    +ATG Credit, LLC,    PO BOX 14895,    Chicago, IL 60614-0895
14980530    +Academy Collection Service,    10965 Decatur Road,    Philadelphia, PA 19154-3294
14801567    +Acino & Sons Decorating,    432 Charles Drive,    Elk Grove Villag, IL 60007-3528
14801569    +Advanced Auto Glass,    1212 Capitol Dr., # 3,    Addison, IL 60101-5300
14801570    +Advanced Telecom,    1811 Centre Point Circle,    Suite 111,    Naperville, IL 60563-2604
14801571    +Advanced Window Tinting,    700 E. Oakton Street,    Arlington Height, IL 60004-4906
14801573     All American Exterior Solution,    550 Tosler,    Lombard, IL 60148
14801574    +All Electrical Circuits Inc.,    1101 Pleasant Run,    Wheeling, IL 60090-5665
14801575     All Pro Tuckpointing,    1020 S. Westmoreland,    Lombard, IL 60148
14801576    +Alpha HVAC, Inc.,    5576 N. Lynch Avenue,    Chicago, IL 60630-1453
14801577    +AltA Engineering,    470 Bennet Road,    Elk Grove Villag, IL 60007-1007
14801583    +AmW Heating & Cooling,    5710 S. harlem Ave.,    Summit, IL 60501-1338
14801578     American Building Svcs.,    953 Beton COurt,    Wheeling, IL 60090
14801581     American International Tile,    850 Prall Blvd,    Elk Grove Village, IL 60007
14980532    +American United Bank,    321 W. Golf Road,    Schaumburg, IL 60196-1085
14801585    +Anthony Campanale & Associates,    19 S. LaSalle Street,    Suite 1500,    Chicago, IL 60603-1413
14801586    +Architecture Plus, Inc.,    530 harold Ave.,    Glendale Heights, IL 60139-2518
14801587    +Ashland Propane,    PO Box 1108,    South Holland, IL 60473-7108
14801588     Aspen Envirnmental, Inc.,    6607 S. Archer Avenue,    Chicago, IL 60638
14801589    +Atlantic Undeground,    4324 N. Austin Avenue,    Chicago, IL 60634-1617
14980534    +Aurora Loan Services,    150 East Butterfield Road,    Elmhurst, IL 60126-5120
14801590    +Auto Experts, Inc.,    463 S. Vista,    Addison, IL 60101-4420
14801591    +Awnings Plus,    367 S. Rolwing Road,    Suite 1,    Addison, IL 60101-3064
14801592    +Aztec America Bank,    2136 S. Oak Park Avenue,    Berwyn, IL 60402-1716
14801593    +B & B Electrical Services,    1120 manhattan Road,    Suite C,    Joliet, IL 60433-8533
14980535    +B&B Permanent Seeding Inc.,    21402 W Route 60,    Mundelein, IL 60060-9524
14980536    +B&W Truck Repair, Inc.,    3701 S. Iron St.,    Chicago, IL 60609-2111
14980537    +Bank Financial,    1401 N. Larkin Avenue,    Joliet, IL 60435-3775
14980538    +Bank of Lincolnwood,    4433 W Touhy Ave,    Lincolnwood, IL 60712-1878
14980539    +Banner Plumbing Supply Co.,    1020 E. Lake Cook Rod,    Buffalo Grove, IL 60089-1890
14980540    +Banner Plumbing Supply Co.,    7255 Cottage grove Avenue,    Chicago, IL 60619-1299
14980541    +Barnes & Thornburg LLC,    1 N Wacker Dr,    Chicago, IL 60606-2833
14980542    +Basically Blinds Inc,    1608 N 18th Ave,    Melrose Park, IL 60160-2014
14980543     Basil Matsas,    2736 E Higgins,    Elk Grove Villag, IL 60007
14980544     Battaglia Industries, Inc.,    406 W Campus Drive,    Arlington Height, IL 60004-1406
14980545     Beautiful Finishes Inc.,    P O Box 806,    Melrose Park, IL 60160
14980546    +Belmont Bank & Trust,    8250 West Belmont Ave,    Chicago, IL 60634-2809
14980547    +Bennett Door service Inc.,    320 S Lombard Road,    Addison, IL 60101-3024
14980548    +Best Tree Service,    3049 S. Homan Avenue,    Chicago, IL 60623-4623
14980549    +Bits & Pieces,    P.O. Box 5970,    Carol Stream, IL 60197-5970
14980550    +Black & Blue Trucking INc.,    21 W 551 Burdett,    Lombard, IL 60148-1115
14980551    +Bob Georgopoulos,    5701 N. Sheridan Road 26F,    Chicago, IL 60660-4709
14980552    +BrB Holdings, LLC,    642 W. Winthrop Ave,    Addison, IL 60101-4436
14980553    +Brooks Electrical Distribution,    P.O. Box 809106,    Chicago, IL 60680-9106
14980554    +Brouwer Brothers Seamatic,    4120 W 123rd St.,    Alsip, IL 60803-1804
14980555    +Budget Blinds,    8100 Steepleside Dr.,    Willowbrook, IL 60527-6474
14980556    +Builders Insulation,    25448 W Ruff,    Plainfield, IL 60585-5326
14980557     Buildersrisk.com,    P.O. Box 931300,    Atlanta, GA 31193-1300
14980558    +Burnham Nationwide Inc,    111 W. Washington St. Ste. 450,    Chicago, IL 60602-2817
14980577    +CL Doucette Inc.,    3610 S. Morgan St,    Chicago, IL 60609-1588
14980559     Cananwill Inc,    P.O. Box 4795,    Carol Stream, IL 60197-4795
14980560    +Candos Agency,    8104 W 119th St,    Palos Park, IL 60464-1066
14980561    +Capital Design LTD,    130 W. Lake St., Ste. 6,    Bloomingdale, IL 60108-1040
14980562     CareerBuilder.com,    13047 Collection Center Dr,    Chicago, IL 60693-0130
14980563    +Carney and Company, Inc.,    636 Schneider Dr. South,    South Elgin, IL 60177-1184
14980564    +Cary G. Schiff,    134 N. LaSalle St., #1135,    Chicago, IL 60602-1186
14980565    +Casa Italia,    3800 W. Division St.,    Stone Park, IL 60165-1115
14980566     Caterpillar Financial Services,    P.O. Box 730669,    Dallas, TX 75373-0669
14980567    +Cedrick Easterling,    6228 S. Evans,    Chicago, IL 60637-2532
14980568    +Cemcon LTD,    2280 white Oak Circle Ste. 100,    Aurora, IL 60502-4801
14801594     Chase,    PO Box 15123,    Wilmington, DE 19850-5123
15068501     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14980569    +Chicago Builders Supply Hardwa,    6103 W. Montrose Ave.,    Chicago, IL 60634-1553
14980570    +Chicago Construction Group LLC,    721 W. Lake St,    Addison, IL 60101-2035
14980571    +Chicago Construction Supply,    721 W. Lake Street,    Addison, IL 60101-2035
14980572    +Chicago Guarantee Survey,    601 S. LaSalle St., Ste. 400,    Chicago, IL 60605-1726
14980573    +Chicago Towing,    P.O. Box 21,    Medinah, IL 60157-0021
14980574    +Chicagoland Survey Company,    6501 W. 65th St.,    Chicago, IL 60638-4900
14980575    +Chris Dravilas,    22 Westcott Lane,    Barrington, IL 60010-9526
14980576    +Chrome,    1827 Knapp Road,    Crest Hill, IL 60403-1979
```

```
District/off: 0752-1           User: rmarola              Page 2 of 3                   Date Rcvd: Sep 01, 2010
Case: 09-45764                 Form ID: pdf006            Total Noticed: 178

14980578      +Columbia Pipe & Supply Co.,    1684 Reliable Parkway,    30 S. Wacker Dr. 26th Floor,
                Chicago, IL 60686-0001
14980579      +Competitive Door & Supply Co,    7744 W. Monroe,    Forest Park, IL 60130-1725
14980580       Component System Illinois LLC,    209 N. Bridge St,    Eleroy, Illinois 61027
14980581      +Concorde Sign & Engraving Inc,    30 E St. Charles Road,    Villa Park, IL 60181-2413
14980582      +Constantine G. Tzamouranis,    14496 John Humphrey Drive,    Orland Park, IL 60462-2638
14980583      +Continental Wall Systems, Inc.,    550 Frontage Road Ste. 2805,    Northfield, IL 60093-1239
14980584      +Contract Builders Hardware,    1203 South Northwest Highway,    Barrington, IL 60010-5299
14980585      +Corpo Collision Center Inc.,    1429 Wright Blvd.,    Schaumburg, IL 60193-4537
14980587      +Countrywide,    P.O. Box 650070,    Dallas, TX 75265-0070
14980588      +Crawford Supply Company,    751 N. Rowling Rd.,    Itasca, IL 60143-1348
14980589       Creative Options Inc.,    1932 N. Court,    Elmwood Park, IL 60707
14980590       Creative Powers Inc.,    1701 E. Lake Ave., Ste 450,    Glenview, IL 60025-2097
14980591      +Cresent Electric Supply Co.,    1700 Estes Ave,    Elk Grove Village, IL 60007-5412
14980592      +Crest Hill Bouncin Bonkers,    1801 Knapp Road,    Crest Hill, IL 60403-1979
14980593      +Crystal Lake Center Hldgs LLC,    15030 S. Ravinia Ave., Ste 39,    Orland Park, IL 60462-3173
14980594      +Custom Appliance Wholesalers,    300 W. North Ave.,    Lombard, IL 60148-1255
14980595      +Custom Concrete,    3840 Ohio Avenue,    Saint Charles, IL 60174-5462
14980596      +Custom Connections Inc.,    55 W. Irving Park Road,    Roselle, IL 60172-1117
14980597      +Customized Protection Services,    830 Warren Avenue,    Downers Grove, IL 60515-3731
14980598      +Cybor Fire Protection Company,    5123 Thatcher Road,    Downers Grove, IL 60515-4029
14980599      +D&P Construction Co Inc.,    8601 W Bryn Mawr Ste 116,    Chicago, IL 60631-3580
14980600      +D&S Services,    1425 Wright Blvd,    Schaumburg, IL 60193-4537
14980620      +D-Wing Contstruction,    8307 Coton Farm,    Yorkville, IL 60560-9759
14980621      +D-Wing Inc,    902 S. Randall Rd #C312,    Saint Charles, IL 60174-1554
14980601      +D. Dugo Landscaping Co.,    270 McWalter Dr.,    Roselle, IL 60172-4909
14980602      +D. Stallings Installations Inc,    2220 Sutton,    South Elgin, IL 60177-3264
14980603      +D. Wexler & Sons, Inc.,    4821 S. Aberdeen Str.,    Chicago, IL 60609-4391
14980612      +DKF Painting Services,    1622 Braircliff Blvd.,    Wheaton, IL 60189-7736
14980613       DMAC Construction,    Harwood Heights, IL 60706
14980614      +DMD Services,    32 E. Lake St.,    Melrose Park, IL 60164-2420
14980615       DMI Holdings LLC,    Elmhurst, IL 60126
14980619      +DSI Glass Inc.,    2760 Beverly Dr., Unit #6,    Aurora, IL 60502-8604
14980605      +DaVinci Enterprises Inc.,    356 Lexington Dr.,    Buffalo Grove, IL 60089-6933
14980604      +Daily Harold-Paddock Pub.,    P.O. Box 1400,    Arlington Height, IL 60006-1400
14980607      +Deluxe Business Checks & Solutions,    PO Box 742572,    Cincinnati, OH 45274-2572
14980608      +Dexter Signs,    619 E. Chicago St.,    Elgin, IL 60120-5760
14980610      +Digital Source Media,    820 W. Lake St. Ste 212,    Roselle, IL 60172-2887
14980611      +Division 10 Supplies Inc.,    365 Balm Ct.,    Wood Dale, IL 60191-1253
14980616      +Donnelly, Lipinski & Harris,    29 S LaSalle St.,    Chicago, IL 60603-1507
14980617      +Dravilas, Inc.,    715 W Lake St,    Addison, IL 60101-2082
14980618      +Drywall Supply Inc.,    3800 S Morgan St,    Chicago, IL 60609-1420
14980631      +E-lumin Inc,    237 Lorraine St,    Glen Ellyn, IL 60137-5326
14980632      +ENernet Corporation,    307 Dewittshire Rd South,    Syracuse, NY 13214-2211
14980635      +ENvironmental Protection,    16650 S Canal,    South Holland, IL 60473-2725
14980638      +EWS Welding Supply Inc,    1161 Mccabe Ave,    Elk Grove Villag, IL 60007-4819
14980622      +Eagle Drilling Inc.,    502 B Morse Ave,    Schaumburg, IL 60193-4580
14980623      +Ed Hoy International,    27625 Diehl Rd,    Warrenville, IL 60555-3837
14980624       Ed Siebert Trucking Service,    8748 S IL Rte 53,    Naperville, IL 60565
14980625      +Edge Construction,    1540 hecht Drive Ste. G,    Bartlett, IL 60103-1699
14980626      +Edgerton & Edgerton,    125 Wood St.,    PO Box 218,    West Chicago, IL 60186-0218
14980627       Edward Hines Lumber Co.,    East Main Street,    North Chicago, IL 60064
14980628      +Efengee Electrical Supply,    1551 E. Touhy Ave,    Des Plaines, IL 60018-3399
14801563      +Eighty Four Lumber,    PO Box 365,    Eighty Four, PA 15330-0365
14980629      +Electrical Network inc.,    1562 W North St,    Palatine, IL 60067-1863
14980630       Elmhurst-Chicago Stone Co,    P O Box 60126,    Elmhurst, IL 60126
14980633      +Enterprise Electric Corp,    721 W. Lake St,    Addison, IL 60101-2035
14980634      +Enterprise Leasing,    1050 Lombard Road,    Lombard, IL 60148-1232
14980636      +Euro Architectual Products,    1307 Howard St.,    Elk Grove Villag, IL 60007-2213
14980637      +Evergreen Oak Lighting,    1918 Ferro Dr,    New Lenox, IL 60451-3506
14980640       Extra Space Storage,    1812 N. Larkin Ave,    Oak Lawn, IL 60453
14980641      +F E Wheaton & Co LLC,    204 W Wheaton Ave,    Yorkville IL 60560-4545
14980645      +FCA,    2852 W. Ogden Ave,    Naperville, IL 60540-0970
14980642      +Fairborn Equipment Co. of IL,    10 N. Martingale Rd., 4th Flr,    Schaumburg, IL 60173-2289
14980643       Farmers Insurance Group,    P O Box 0914,    Carol Stream, IL 60132-2431
14980644       Fast Printing of Joliet Inc.,    842 Plainfield Road,    Oak Lawn, IL 60453
14980646      +Fed Ex,    P O Box 94515,    Palatine, IL 60094-4515
14980647      +Fence Connection Inc.,    970 Villa St.,    Elgin, IL 60120-8147
14980648      +First Bank,    2100 S. Elmhurst Road,    Mount Prospect, IL 60056-7500
14980651      +Fleet Equipment Center Inc.,    555 E. South Frontage Rd,    Bolingbrook, IL 60440-3065
14980652      +Floored By Carr,    171 N. 25th Ave,    Melrose Park, IL 60160-3093
14980653      +Flooring Systems,    149 Seegers Ave,    Elk Grove Villag, IL 60007-1614
14980654      +Formula Construction Company,    510 Lincoln St.,    Roselle, IL 60172-1003
14980655      +Founders Bank,    23840 Eames St.,    Channahon, IL 60410-5366
14980656      +Four Seasons Heating Inc,    226 Monne Road,    Park Forest, IL 60466-2422
14980657      +Fox Excavating Inc,    1305 S. River St.,    Batavia, IL 60510-9648
14980658      +Fox River Components,    5N172 Fox Bluff Court,    ST CHARLES, IL 60175-5174
14980659      +Frank Defilippis,    1166 McCormick,    Carol Stream, IL 60188-1382
14980660      +Franklin Park Plumbing Co,    2426 Rose St,    Franklin Park, IL 60131-3323
14980661      +Harris Bank,    111 W. Monroe Street,    Chicago, IL 60603-4095
14980662      +Heavner Scott Beyers,    Rep:JPMorgan Chase Bank,    111 E main Street #200,
                Decatur IL 62523-1339
14980663      +Itasca Bank & Trust,    303 W. Irving Park Road,    Itasca, IL 60143-2037
14980664      +JP Morgan Chase Bank,    Bankruptcy Dept.,    One First National Plaza,    Chicago, IL 60670-0001
```

```
District/off: 0752-1          User: rmarola             Page 3 of 3              Date Rcvd: Sep 01, 2010
Case: 09-45764                Form ID: pdf006           Total Noticed: 178

14980665      +Law offices of Barry Serota,    P.O. Box 1008,    Arlington Height, IL 60006-1008
14980666      +Midwest Bank & Trust Co.,    1545 Ellinwood Ave.,    Des Plaines, IL 60016-4505
14980667      +Parkway Bank,    c/o Scott & Kraus LLC,    150 S Wacker Dr #2900,    Chicago IL 60606-4206
14801595      +Ralph Romeo,    1212 Elsie Drive,    Melrose Park, IL 60160-2225
14801596      +Regional Acceptance Corp.,    1351 E. Bardin Road,    Suite 251,    Arlington, TX 76018-2136
14980668      +Smith Rothschild,    221 N. LaSalle Street,    Chicago, IL 60601-1206
14980669      +Suburban Bank & Trust,    150 E. Butterfield Road,    Elmhurst, IL 60126-5198
14801597       Target National Bank,    3901 W 53rd Street,    Sioux Falls, SD 57106-4216
14980670      +Union National Bank,    101 East Chicago St,    Elgin IL 60120-6466
14980671       Washington Mutual - Chase,    PO Box 9001123,    Louisville, KY 40290-1123
14980672      +Webster Bank,    PO Box 1809,    Hartford, CT 06144-1809
15081618      +Webster Bank,    609 W Johnson Avenue,    Cheshire, CT 06410-4502

The following entities were noticed by electronic transmission on Sep 01, 2010.
14801580       E-mail/Text: ebnbankruptcy@ahm.honda.com                           American Honda Finance Corp.,
               PO Box 5308,    Elgin, IL 60121-5308
14980609       E-mail/Text: bankruptcy.cr.dept@dhl.com                            DHL Express (USA) Inc,
               P.O. Box 4723,    Houston, TX 77210-4723
14980649      +E-mail/Text: aschoenauer@firstinsurancefunding.com
               First Insurance Funding Corp,    450 Skokie blvd. Ste. 1000,    Northbrook, IL 60062-7917
15398660      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 02 2010 03:51:54      Regional Acceptance Corp,
               PO Box 1847,    Wilson NC 27894-1847
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14801584     ##+AMX Services,    PO Box 519,    Washington, MI 48094-0519
14801572     ##+Affordable Custom Services,    717 Baltimore Drive,    Valparaiso, IN 46385-7518
14801582     ##+American Sign & Lighting Co.,    307 E. Lincoln Avenue,    Bensenville, IL 60106-2537
14980586     ##+Corporate Design & Development,    261 S. Roselle Road,    Schaumburg, IL 60193-1636
14980606     ##+Dee & Bee Fasteners,    75 Eisenhower lane,    Lombard, IL 60148-5409
14980639     ##+Expert Plumbing,    562 W. 5th Ave.,    Naperville, IL 60563-2901
14980650     ##+First Magnus Financial Corp.,    603 N. Wilmot Road,    Tucson, AZ 85711-2701
15448656     ##+Midwest Bank and Trust Company,    Bucktown/Wicker Park Banking Center,    1601 Milwaukee Avenue,
               Chicago, IL 60647-5411
                                                                                              TOTALS: 0, * 1, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**          **Signature:**   _Joseph Speetjens_