UNITED STATES BANKRUPTCY COURT
NORTHERN    DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    SPIRO KOUVELIS    §    Case No. 09-45764
§    Chapter 7
§    Hon. SUSAN PIERSON SONDERBY
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS                    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $434,516.00 | Assets Exempt: | $22,500.00 |
| Total Distributions to Claimants: | $4,166.42 | Claims Discharged Without Payment: | $22,727,703.23 |
| Total Expenses of Administration: | $4,148.98 | | |

3) Total gross receipts of $8,315.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,315.40 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $1,302,932.97 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $4,148.98 | $4,148.98 | $4,148.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $28,308,004.26 | $1,420,068.25 | $0.00 | $4,166.42 |
| TOTAL DISBURSEMENTS | $29,610,937.23 | $1,424,217.23 | $1,424,217.23 | $8,315.40 |

4) This case was originally filed under chapter 7 on 12/02/2009.
The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2010    By: /s/ ALLAN J. DeMARS
    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in motor vehicles | 1129-000 | $8,314.66 |
| interest on invested funds | 1270-000 | $0.74 |
| **TOTAL GROSS RECEIPTS** | | **$8,315.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 8 scheduled | | $1,302,932.97 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$1,302,932.97** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 -- CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $1,581.54 | $1,581.54 | $1,581.54 |
| ALLAN J. DeMARS | 2200-000 | N/A | $15.44 | $15.44 | $15.44 |
| ALLAN J. DeMARS | 3110-000 | N/A | $2,552.00 | $2,552.00 | $2,552.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $4,148.98 | $4,148.98 | $4,148.98 |

## EXHIBIT 5 -- PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 -- PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 -- GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1 claim not scheduled | 7100-900 | $0.00 | $4,774.12 | $4,774.12 | $14.02 |
| 1 claim not scheduled | 7100-000 | $0.00 | $114,380.34 | $114,380.34 | $335.59 |
| 4 scheduled claims | 7100-000 | $8,418,290.29 | $1,300,913.79 | $0.00 | $3,816.81 |
| 135 scheduled with no claims filed | | $19,889,713.97 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

| TOTAL GENERAL UNSECURED CLAIMS | $28,308,004.26 | $1,420,068.25 | $119,154.46 | $4,166.42 |
|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

# EXHIBIT "8" - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No.: 09-45764
Case Name: SPIRO KOUVELIS
For Period Ending: 12/31/10

Trustee Name: Allan J. DeMars
Date Filed (f) or Converted (c): 12/2/09 (F)
§341(a) Meeting Date: 1/14/10
Claims Bar Date: 4/23/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 643 W. Mary Kay Court | 382,500.00 | 0.00 | DA | | FA |
| 2 | vacant lot 6512 S. Cottage Grove | 35,000.00 | 0.00 | DA | | FA |
| 3 | vacant lot 710 W. 60th Street | 6,750.00 | 0.00 | DA | | FA |
| 4 | vacant lot 6730 S. Racine | 8,266.00 | 0.00 | DA | | FA |
| 5 | vacant lot 6947 S. Paulina | 2,000.00 | 0.00 | DA | | FA |
| 6 | cash | 100.00 | 0.00 | DA | | FA |
| 7 | bank account | 150.00 | 0.00 | DA | | FA |
| 8 | furniture | 400.00 | 0.00 | DA | | FA |
| 9 | family books | 100.00 | 0.00 | DA | | FA |
| 10 | clothing | 500.00 | 0.00 | DA | | FA |
| 11 | wedding ring | 500.00 | 0.00 | DA | | FA |
| 12 | firearms | 350.00 | 0.00 | DA | | FA |
| 13 | fractional interests in 16 LLC's | 0.00 | 0.00 | | | FA |
| 14 | 2004 disassembled Harley Davidson | 6,000.00 | 2,500.00 | | 2,500.00 | FA |
| 15 | 2005 All-Terrain Vehicle | 4,000.00 | 1,600.00 | | 1,600.00 | FA |
| 16 | 2008 Honda CR-V | 17,290.00 | 4,214.66 | | 4,214.66 | FA |

| 17 | interest on invested funds | | | | 0.74 |
|---|---|---|---|---|---|

TOTALS (Excluding unknown values)   8,314.66   8,315.40

(Total Dollar Amount in Column 6)

Major activities affecting case closing:

Date of Final Report (TFR): 8/10/10

EXHIBIT 9 - FORM 2
CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 09-45764
Case Name: SPIRO KOUVELIS
Taxpayer ID#: 27-6571272
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 556 7358

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid to/ Received from | 4 Description of Transaction | 5 Uniform Transaction Code | 6 Deposit $ | 7 Disbursement $ | 8 Money Market Balance |
|---|---|---|---|---|---|---|---|
| 6/29/10 | Ref 14, 15, 16 | Spiro Kouvelis | right, title and interest in 2004 disassembled Harley Davidson, 2005 All-Terrain vehicle and 2008 Honda CR-V | 1129-000 | 8,314.66 | | 8,314.66 |
| 8/6/10 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.62 | | 8,315.28 |
| 8/31/10 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.12 | | 8,315.40 |
| 10/6/10 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,581.54 | 6,733.86 |
| 10/6/10 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 15.44 | 6,718.42 |
| 10/6/10 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,552.00 | 4,166.42 |
| 10/6/10 | Check 1004 | Union National Bank | 726(a)(2) | 7100-000 | | 1,722.77 | 2,443.65 |
| 10/6/10 | Check 1005 | Chase Bank USA, NA | 726(a)(2) | 7100-900 | | 14.02 | 2,429.63 |
| 10/6/10 | Check 1006 | Webster Bank | 726(a)(2); 2.9339% | 7100-000 | | 335.59 | 2,094.04 |
| 10/6/10 | Check 1007 | Bob Georgopoulos | 726(a)(2); 2.9339% | 7100-000 | | 586.80 | 1,507.24 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/6/10 | Check 1008 | Parkway Bank and Trust | 726(a)(2); 2.9339% | 7100-000 | | 1,384.45 | 122.79 |
| 10/6/10 | Check 1009 | FE Wheaton & Co. | 726(a)(2); 2.9339% | 7100-000 | | 122.79 | 0.00 |
| | | | COLUMN TOTALS | | 8,315.40 | 8,315.40 | 0.00 |
| | | | Less: Bank transfers/CD Subtotal | | 8,315.40 | 8,315.40 | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 8,315.40 | 8,315.40 | |

```
                                   TOTAL - ALL ACCOUNTS         NET                NET
                                   Checking#                 DEPOSITS          DISBURSEMENTS          BALANCES
                                   Money Market # 375 556 7358
                                   Savings #                8,315.40            8,315.40               0.00
                                   CD #CDI
                                   Net                      8,315.40            8,315.40               0.00
                                                         Excludes account     Excludes payments    Total Funds
                                                           transfers             to debtor           on Hand
```